IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LILIAN MCLEMORE,** | § § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:09-CV-0885-D |
| **ETHEX CORPORATION, and CVS PHARMACY, INC.,** | § § § § | |
| Defendants. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

The plaintiff, Lilian McLemore, hereby certifies that she is a natural person and not a nongovernmental corporate party under Rule 7.1(a) of the Federal Rules of Civil Procedure. She further certifies, pursuant Northern District of Texas Local Rule 3.1(c), that the only persons other than her who are financially interested with her in the outcome of this case are her counsel of record in this case, who are as follows:

Donald Scott Mackenzie
Texas Bar No. 24030088
9601 White Rock Trail, Suite 205
Dallas, Texas 75238
214/245-4625 (fax) 214/269-1439
dallaslaw@gmail.com

Paul H. Cross
Texas Bar No. 005131500
9601 White Rock Trail, Suite 205
Dallas, Texas  75238
(214) 926-5734 – telephone
(214) 269-1439 – facsimile
phclease@msn.com

Respectfully submitted,

Donald Scott Mackenzie
Texas Bar No. 24030088
9601 White Rock Trail, Suite 205
Dallas, Texas 75238
214/245-4625 (fax) 214/269-1439
dallaslaw@gmail.com

_____
Paul H. Cross
Texas Bar No. 005131500
9601 White Rock Trail, Suite 205
Dallas, Texas  75238
(214) 926-5734 – telephone
(214) 269-1439 – facsimile
phclease@msn.com

COUNSEL FOR PLAINTIFF

## Certificate of Service

The undersigned certifies that on August 10, 2009, a true and correct copy of the foregoing disclosures was sent via facsimile to ETHEX's counsel Margaret "Peg" Donahue Hall at facsimile no. 214. 259.0910 and to CVS's counsel John R. Robinson at 214. 905.3976.

Donald Scott Mackenzie