IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LILIAN MCLEMORE | ) |
|     Plaintiff, | ) |
| VS. | ) CIVIL ACTION NO. 3:09-CV-0885-D |
| ETHEX CORPORATION, and CVS PHARMACY, INC. | ) |
|     Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereto, through their respective counsel, hereby stipulate and agree that the following entry may be made with respect to all claims: DISMISSED WITH PREJUDICE.

Respectfully submitted:

/s/ *Donald Scott Mackenzie*
Donald Scott Mackenzie, Esq.
Texas Bar No. 24030088
9601 White Rock Trail, Suite 205
Dallas, TX 75238
214/245-4625 (fax) 214/269-1439
dallaslaw@gmail.com

/s/ *Paul H. Cross*
Paul H. Cross, Esq.
Texas Bar No. 005131500
9601 White Rock Trail, Suite 205
Dallas, TX 75238
214/926-5734
214/269-1439 (facsimile)
phclease@msn.com

*Attorneys for Plaintiff Lilian McLemore*

/s/ *Margaret Donahue Hall*
C. Michael Moore
State Bar No. 14323600
Margaret "Peg" Donahue Hall
State Bar No. 05968450
Christopher W. Reynolds
State Bar No. 24051247
SONNENSCHEIN NATH & ROSENTHAL LLP
2000 McKinney Ave., Suite 2900
Dallas, TX 75201
(214) 259-0900 *telephone*
(214) 259-0910 *facsimile*
pdhall@sonnenschein.com

*Attorneys for Defendants,*
*ETHEX Corporation, and CVS Pharmacy, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that on this 7th day of April, 2010, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically as authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Margaret "Peg" Donahue Hall*
Margaret D. Hall